1112

## FRYER v. STATE.
### No. 18993.

Court of Criminal Appeals of Texas.

May 5, 1937.

Holder & Oatis, of Dallas, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment assessed at five years in the penitentiary. The indictment properly charges the offense.

No statement of facts is brought forward and no bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.

## CASEY v. STATE.
### No. 18992.

Court of Criminal Appeals of Texas.

May 5, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile upon a public highway while intoxicated; punishment, ninety days in the county jail.

The record is here without statement of facts or bills of exceptions. All matters of procedure appear regular.

The judgment is affirmed.

## KAMP v. STATE.
### No. 19007.

Court of Criminal Appeals of Texas.

May 5, 1937.

G. H. Crane, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for attempted burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

The judgment is affirmed.